UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 20-11633-DMG (JCx)** | Date | January 4, 2021 |
|---|---|---|---|

| Title | *Monique Bunn v. Damon Anthony Dash, et al.* |
|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - TRANSFER OF CASE TO JUDGE GEE**

　　Please take notice that this action has been reassigned to the HONORABLE DOLLY M. GEE, United States District Judge, pursuant to the Order re Transfer Pursuant to General Order 19-03 filed on December 30, 2020.

　　Please substitute the initials DMG in place of the current initials, so that the case number will now read CV 20-11633-DMG (JCx). As documents are routed using the judge's initials, it is imperative that the correct initials DMG be used on all subsequent filings to prevent any delays in the processing of documents.

　　Judge Gee's Courtroom Deputy Clerk is Kane Tien. He can be reached at (213) 894-5452. Judge Gee's courtroom is located on the 8th floor of the First Street Courthouse, Courtroom # 8C.

　　Additional information about Judge Gee's procedures and schedules is available on the court's website at www.cacd.uscourt.gov.