Michael S. Traylor, Esq. (CA. SBN 136814)
Traylor Law Office, PC
8601 Lincoln Blvd. 180
Suite 525
Los Angeles, CA. 90045
 (310) 401-6610 ph
TraylorLawOffice@gmail.com

Attorneys for Defendants Damon Anthony Dash, Poppington, LLC, The Dash Group, LLC and Raquel Horn

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE BUNN<br><br>          **Plaintiff**<br><br>    vs.<br><br>DAMON DASH, POPPINGTON LLC, ET AL.<br><br>          **Defendants.** | Case No.  2:20-cv-11633-DMG (JCx)<br><br>**DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO STRIKE THE ENTIRE COMPLAINT PURSUANT TO FRCP, RULE 12(f)**<br><br>DATE:  FEBRUARY 26, 2021<br>TIME: 9:30 AM<br>PLACE: Courtroom 8C<br>JUDGE: Hon. Dolly M. Gee |

TO: THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD.

PLEASE TAKE NOTICE that Defendants Damon Anthony Dash and Poppington, LLC (wrongfully named as Poppington, LLC d/b/a Dame Dash Studios), The Dash Group, LLC and Raquel Horn do jointly and collectively (the "Defendants") move the Court, pursuant to Federal Rules of Civil Procedure ("FRCP), Rule 12(F) to strike the entire Complaint. The hearing on the within motion shall be heard on February 19, 2021 at 9:30 a.m. unless otherwise directed by the Court. The matter is assigned to Courtroom 8C located at 350 West 1st Street, Los Angeles, CA, 90012, 8th Floor.

Prior to filing this Motion, Defendants' counsel contacted counsel for Plaintiff and complied with the provision of Local Rule 7-3. After discussing the matters raised herein by exchanges of voice messages and e-mails, the parties were unable to resolve the issues presenting herein in sufficient time for Defendants to file a responsive pleading.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities and the concurrently filed declarations and any exhibits hereto, as

well as all pleadings, papers and other documentary materials in the Court's file for this action, any other matters of which this Court may or must take judicial notice, and such other matters as the Court may consider.

    More specifically, Defendants request that the Court take judicial notice of the docket and pleadings in *Bunn v. Dash et al.* bearing case number 2:20-xv-07389-DMG.

DATED: January 25, 2021                  Respectfully Submitted,

*Michael S. Traylor*
Michael S. Traylor, Esq.

Attorney for Defendants

Michael S. Traylor, Esq. (CA. SBN 136814)
Attorney Seeking *Pro Hac Vice* Admission
Traylor Law Office, PC
8601 Lincoln Blvd. 180
Suite 525
Los Angeles, CA. 90045
 (310) 401-6610 ph
TraylorLawOffice@gmail.com

Attorneys for
Defendants Damon Anthony Dash and
Poppington, LLC (wrongfully named
as "Poppington, LLC d/b/a Dame Dash Studios"

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER BROWN, ESQ.** ) <br> ) <br> ) <br> ) <br>           **Plaintiff** ) <br> ) <br>    vs. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> **DAMON DASH, POPPINGTON LLC, ET** ) <br> **AL.** ) <br> ) <br> ) <br> ) <br>           **Defendants.** ) | **DEFENDANTS' JOINT MOTION TO STRIKE THE ENTIRE COMPLAINT PURSUANT TO FRCP, RULE 12(f)** <br><br> DATE:  FEBRUARY 26, 2021 <br> TIME: 9:30 AM <br> PLACE: Courtroom 8C <br> JUDGE: Hon. Dolly M. Gee |

# I. INTRODUCTION

Plaintiff has filed a second lawsuit for a matter already pending before this Court. Plaintiff's lawsuit was dismissed from the Southern District of New York and filed in this Court. That prior case is also titled: *Monique Bunn v. Damon Anthony Dash et al.*, but bears case number 2:20-xv-07389-DMG (the "First Lawsuit")[1]. Not only is the pending lawsuit nearly identical to the First Lawsuit, but Plaintiff only filed this action in an effort to usurp and defy a prior Court order which denied leave to amend the First Lawsuit (see Docket #109[1] from the First Lawsuit). The entire action should be stricken, with prejudice.

# II. ARGUMENT

FRCP, Rule 12(f) provides:

> *(f) Motion to Strike. The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter. The court may act:*
>
> *(1) on its own; or*
>
> *(2) on motion made by a party either before responding to the pleading or, if a response is not allowed, within 21 days after being served with the pleading.*

---

[1] It is respectfully requested that the Court take judicial notice of the entire docket in the First Case.

The entire complaint is redundant and has been made immaterial, impertinent and scandalous by the Court's Order in the First Lawsuit which barred the very "amendment" which Plaintiff now seeks by a subsequent action.

In the First Lawsuit, Plaintiff sought untimely leave to amend and the request was denied by the Court. In denying the relief, the Court found that Plaintiff was not diligent. (See Minute Order accompanying this pleading as Exhibit A and Docket #109 from the First Lawsuit).

The function of a Rule 12(f) motion to strike is to avoid the expenditure of time and money that arises from litigating spurious issues by dispensing of those issues before trial, and such a motion may be appropriate where it will streamline the ultimate resolution of the action. *Fantasy, Inc. v. Fogerty*, 984 F.2d 1524, 1527-28 (9th Cir.1993), rev'd on other grounds by Fogerty v. Fantasy, Inc., 510 U.S. 517, 114 S. Ct. 1023, 127 L. Ed. 2d 455 (1994) ("*Fogerty*"). "A motion to strike should be granted if it will eliminate serious risks of prejudice to the moving party, delay, or confusion of issues." Id at 984 F.2d at 1528.

Here, the entire Complaint is a duplication of the First Lawsuit and seeks to deceptively violate an order from this Court. It can only be said that such pleading is duplicative and scandalous.

///

---

[1] See Exhibit A hereto containing the Court's Minute Order.

## III. CONCLUSION

Based upon the foregoing, it is respectfully requested that the Court grant the motion and strike the entirety of the Complaint. Judgment should, accordingly, be entered in favor of Defendants.

DATED: January 26, 2021          Respectfully Submitted,

*Michael S. Traylor*

Michael S. Traylor, Esq.

Attorney for Defendants